# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD CLETUS JAEGER,<br><br>Defendant. | CR 25-155-BLG-WWM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 27) pursuant to Federal Rule of Criminal Procedure 32.2(b). Defendant Jaeger has been adjudged guilty of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), as charged to Count 1 in the Indictment and has admitted to its forfeiture allegation. Defendant's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Donald Cletus Jaeger's interest in the following property is forfeited to the United States in accordance with Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 924(d):

- Cobra Enterprises, model FS380, .380 caliber semi-automatic pistol, S/N: FS072835; and

- Any associated accessories and ammunition, including 105 rounds of assorted .380 caliber ammunition.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(l) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 6th day of April, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2